**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Farroh Roof and Truss Co., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Annabelle Homes, LLC, and its sister | ) | |
| companies including Annabelle Tioga | ) | |
| Townhomes, Assoc., Inc., Annabel Tioga, | ) | |
| LLC, Annabelle Commercial A, LLC, | ) | Case No. 4:13-cv-005 |
| Annabelle Commercial B, LLC, and | ) | |
| Bundled Builder Solutions, | ) | |
| | ) | |
| Defendants. | ) | |

The court granted a motion filed by attorney Jon R. Brakke to withdraw as counsel for Defendant Bundled Builder Solutions, Inc. ("Bundled Builder") on March 31, 2014. Bundled Builder is presently without legal representation.

On May 2, 2014, counsel for plaintiff and defendants Annabelle Homes et al filed a "Stipulation for Continuance of Motion Deadlines, Pretrial Conference and Trial Dates." They ask that the court suspend all pretrial deadlines pending further discovery.

The court **ADOPTS** the parties' stipulation (Docket No. 41). All pretrial deadlines shall be suspended pending further order of the court. The final pretrial conference set for September 8, 2014, and bench trial set for September 23, 2014, shall be cancelled with the understanding that they shall be rescheduled at dates and times to be determined.

1

The court shall conduct status conference with the parties by telephone on July 11, 2014, at 11:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
